IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00230-WDM-OES

PENNI L. NEIBERGER and
JOHN E. NEIBERGER,

Plaintiff(s),

vs.

FEDEX GROUND PACKAGE SYSTEM, INC.,
KEVIN T. KILLMAN and
DENNIS CONLEY,

Defendant(s).

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  January 26, 2006

      There being no objection, the Unopposed Motion for Order Granting Plaintiff Leave to File Deposition of Kevin Killman in Response to Fedex Ground Package System Inc. and Dennis Conleys' Motions for Summary Judgment [filed January 24, 2006, Document 50] is GRANTED.