**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE WALKER D. MILLER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock

Date: February 26, 2007  
Time: 5 hours and 34 minutes

**CASE NO.  04-cv-00230-WDM-MEH**

| Parties | Counsel |
|---|---|
| **PENNI L. NEIBERGER and**<br>**JOHN E. NEIBERGER,** | Michael Baty<br>Randolph Phillips |
| Plaintiffs, | |
| vs. | |
| **FEDEX GROUND PACKAGE SYSTEM,**<br>**INC.,**<br>**KEVIN T. KILLMAN and**<br>**DENNIS CONLEY,** | Michael Sullivan<br>Matthew Costinett |
| Defendants. | |

**TRIAL TO JURY - DAY ONE**

**8:32 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.  Plaintiffs Penni Neiberger and John Neiberger and defendants Kevin Killman and Dennis Conley are present.

Court and counsel discuss pending pretrial matters.

Page Two
04-cv-00230-WDM-MEH
February 26, 2007

**ORDERED:** Defendant's Motion in Limine **(Doc #69 )**, filed 2/9/07 is **GRANTED.**

**ORDERED:** Defendant's Motion in Limine **(Doc #70 )**, filed 2/9/07 is **GRANTED.**

**ORDERED:** Defendant's Motion in Limine **(Doc #71 )**, filed 2/9/07 is **GRANTED.**

**ORDERED:** Defendant's Motion in Limine **(Doc #80 )**, filed 2/9/07 is **DENIED as MOOT.**

**ORDERED:** Defendant's Motion in Limine **(Doc #81 )**, filed 2/9/07 is **GRANTED WITHOUT PREDUDICE.**

**ORDERED:** Defendant's Motion Continue or to Call Witness Out of Order **(Doc #89)**, filed 2/12/07 is **DENIED.**

**ORDERED:** Defendant's Motion for Hearing/Conference Via Telephone **(Doc #90)**, filed 2/13/07 is **DENIED as MOOT.**

**ORDERED:** Defendant's Motion to Bifurcate **(Doc #94)**, filed 2/14/07 is **DENIED as MOOT.**

**ORDERED:** Defendant's Motion for Protective Order **(Doc #95)**, filed 2/15/07 is **DENIED as MOOT.**

Further discussion regarding jury instructions.

**8:47 a.m.** **COURT IN RECESS**

**9:08 a.m.** **COURT IN RECESS**

Jury panel present and sworn.

Court and staff introduced.

Counsel introduces themselves and names their witnesses

**9:15 a.m.** Voir dire begins.

**10:20 a.m.**     **COURT IN RECESS**

**10:43 a.m.**     **COURT IN SESSION**

Page Three
04-cv-00230-WDM-MEH
February 26, 2007

**10:44 a.m.**     Voir dire continues.

**10:45 a.m.**     Bench conference to address any questions counsel wishes the Court to ask.

**10:46 a.m.**     Voir dire by Mr. Sullivan.

**EXCUSED FOR CAUSE BY THE COURT**
1.      100090727

**PLAINTIFF'S PEREMPTORY CHALLENGES:**
1.      100087870
2.      100086546
3.      100119038

**DEFENDANT'S PEREMPTORY CHALLENGES:**
1.      100084335
2.      100111794
3.      100088247

**JURORS SEATED TO TRY THE CASE:**
1.      100110226
2.      100095283
3.      100093415
4.      100088101
5.      100117832
6.      100103804
7.      100108802

**11:06 a.m.**     Jurors sworn.

          Introductory jury instructions read.

**11:30 a.m.**     **COURT IN RECESS**

**1:00 p.m.**      **COURT IN SESSION**

Court and counsel discuss pending matters.

**1:16 p.m.**     Jurors present.

Page Four
04-cv-00230-WDM-MEH
February 26, 2007

**1:17 p.m.**     Opening statements by Mr. Baty.

**1:41 p.m.**     Opening statements by Mr. Sullivan.

**2:05 p.m.**     Direct examination of plaintiffs' witness John Koziol by Mr. Baty.

Mr. Baty moves to consider the witness an expert in accident reconstruction.  Voir dire by Mr. Sullivan.  No objection by Mr. Sullivan.

**ORDERED:**  John Koziol is considered an expert in the field of accident reconstruction and may render his opinion in that field.

Joint **exhibit 2-A** identified, offered and ADMITTED.

**2:30 p.m.**     Bench conference.  Mr. Sullivan objects to testimony regarding skid marks left at the scene of the accident by defendant Killman because of non-disclosure.

Joint **exhibit 2-B** identified, offered and ADMITTED.

**2:54 p.m.**     Bench conference.  Mr. Sullivan objects to the witness testifying about conclusions that were stricken as a result of the Court's earlier ruling on the motion in limine.

**2:55 p.m.**     **COURT IN RECESS**

**3:20 p.m.**     **COURT IN SESSION**

Joint **exhibit 2-C** identified, offered and ADMITTED.

Joint **exhibit 42 (page 1),** identified, offered and ADMITTED.

**3:39 p.m.**     Cross examination by Mr. Sullivan.

Joint **exhibit 40** identified, offered and ADMITTED.

**4:21 p.m.**     Redirect examination by Mr. Baty.

**4:35 p.m.**     Re-cross examination by Mr. Sullivan.

**3:37 p.m.**     Further redirect examination by Mr. Baty.

Page Five
04-cv-00230-WDM-MEH
February 26, 2007

Witness excused.

**4:40 p.m.**     Jurors excused.

**4:45 p.m.**     **COURT IN RECESS**

**Total in court time:**      **334 minutes**

**Hearing concluded**