**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE WALKER D. MILLER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks     Date: February 28, 2007
Court Reporter: Janet Coppock             Time: 4 hours and 34 minutes

**CASE NO.  04-cv-00230-WDM-MEH**

| Parties | Counsel |
|---|---|
| **PENNI L. NEIBERGER and<br>JOHN E. NEIBERGER,** | Michael Baty<br>Randolph Phillips |
| Plaintiffs, | |
| vs. | |
| **FEDEX GROUND PACKAGE SYSTEM,<br>INC.,<br>KEVIN T. KILLMAN and<br>DENNIS CONLEY,** | Michael Sullivan<br>Matthew Costinett |
| Defendants. | |

**TRIAL TO JURY - DAY THREE**

**8:34 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Plaintiffs Penni Neiberger and John Neiberger and defendants Kevin Killman and Dennis Conley are present.

Court and counsel discuss pending motions.

Page Two
04-cv-00230-WDM-MEH
February 28, 2007

Court states its findings and conclusions.

**ORDERED:** Plaintiffs' Motion in Limine Re: Ronald Hensen Ph.D. P.E., **(Doc #64)**, filed 1/23/07 is **DENIED.**

**ORDERED:** Plaintiffs' Motion in Limine Re: Dr. Peter Weingarten **(Doc #67)**, filed 1/24/07 is **DENIED.**

**9:00 a.m.**     **COURT IN RECESS**

**9:12 a.m.**     **COURT IN SESSION**

             Jurors present.

**9:15 a.m.**     Direct examination of plaintiffs' witness Casey Corria by Mr. Phillips continues.

**9:23 a.m.**     Cross examination by Mr. Sullivan.

Witness excused.

**9:29 a.m.**     Direct examination of plaintiffs' witness Nikki Morrissey by Mr. Phillips.

**9:33 a.m.**     Cross examination by Mr. Sullivan.

**9:39 a.m.**     Redirect examination by Mr. Phillips.

Witness excused.

**9:42 a.m.**     Direct examination of plaintiffs' witness John Odom, MD by Mr. Phillips.

Mr. Phillips moves to consider the witness an expert in orthopedics and orthopedic surgery. No objection by Mr. Sullivan.

**ORDERED:** Dr. John Odom is considered an expert in the field of orthopedics and orthopedic surgery and may render his opinion in that field.

Joint **exhibit 8-C** identified, offered and ADMITTED.

Joint **exhibits 11-A and 11-B** identified, offered and ADMITTED.

Page Three
04-cv-00230-WDM-MEH
February 28, 2007

**10:30 a.m.**    **COURT IN RECESS**

**10:45 a.m.**    **COURT IN SESSION**

        Direct examination of plaintiffs' witness John Odom, MD by Mr. Phillips continues.

Joint **exhibit 8-F** identified, offered and ADMITTED.

**11:04 a.m.**    Cross examination by Mr. Sullivan.

Joint **exhibit 47-A** identified, offered and ADMITTED.

Joint **exhibit 47-B** identified, offered and ADMITTED.

Joint **exhibit 47-C** identified, offered and ADMITTED.

Joint **exhibit 47-D** identified, offered and ADMITTED.

Joint **exhibit 47-H** identified, offered and ADMITTED.

Joint **exhibit 47-I** identified, offered and ADMITTED.

**11:55 a.m.**    **COURT IN RECESS**

**1:21 p.m.**    **COURT IN SESSION**

        Cross examination by Mr. Sullivan continues.

Joint **exhibit 47-K** identified, offered and ADMITTED.

**1:40 p.m.**    Redirect examination by Mr. Phillips.

Witness excused.

**1:55 p.m.**    Direct examination of plaintiffs' witness Dr. Jack Sink by Mr. Phillips.

Mr. Phillips moves to consider the witness an expert in life care planning, ascertaining cost of life care plans and ascertaining the income levels of persons with disabilities. No objection by Mr. Sullivan as to life care planning and future rehabilitation needs and costs, but does object him being offered as a vocational and economic expert.

Page Four
04-cv-00230-WDM-MEH
February 28, 2007

**2:11 p.m.** Bench conference to address Mr. Sullivan's objections. Objections are sustained.

**ORDERED:** Dr. Jack Sink is considered an expert in the field of life care planning and ascertaining cost of life care plans and  and may render his opinion in that field.

**2:31 p.m.** Cross examination by Mr. Sullivan.

**3:00 p.m.** **COURT IN RECESS**

**3:15 p.m.** **COURT IN SESSION**

Redirect examination by Mr. Phillips.

Witness excused.

**3:21 p.m.** Direct examination of plaintiff Penni Neiberger by Mr. Phillips.

**4:15 p.m.** **COURT IN RECESS**

**Total in court time:**     274 minutes

**Hearing continued**