IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No.  04-cv-00230-WDM-MEH

PENNI L. NEIBERGER AND
JOHN E. NEIBERGER,

     Plaintiff(s),

v.

FEDEX GROUND PACKAGE SYSTEM, INC.,
KEVIN T. KILLMAN,
AND DENNIS CONLEY,

     Defendant(s).
_____

## MINUTE ORDER
_____

     The following Minute Order is entered by Judge Walker D. Miller:

     Plaintiffs' motion to file response is granted; the response is accepted for filing.

Dated: May 29, 2007

                                         s/Jane Trexler, Secretary/Deputy Clerk